IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDWIN J RODRIGUEZ RIVERA

DEBTOR(S)

CASE NO. 23-01931-EAG

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5

2. The liquidation value of the estate is: $ 0.00

3. The general unsecured pool is: $ 0.00

AMENDED PLAN DATE: August 15, 2023      PLAN BASE: $21,000.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 8/29/2023

[ ] FAVORABLE      [X] UNFAVORABLE

[X] OTHER:

**Part 4.6 of the plan does not provide for vehicle insurance for FREEDOMROAD FINANCIAL.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: EDUARDO J MAYORAL

/s/ Pedro R Medina
Pedro R Medina
USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EN